**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **JEREMY FLOYD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:11cv65 SNLJ** |
| | ) | |
| **KATHY HOLLENBECK, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**MEMORANDUM AND ORDER**</u>

This matter is before the Court on remand from the Eighth Circuit Court of Appeals, directing this Court to reopen this action and treat it as an action for return of property under Rule 41(g) of the Federal Rules of Civil Procedure. As a result, the Court will order the Clerk to reopen this action and to substitute the United States of America as the sole defendant in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall reopen this action.

**IT IS FURTHER ORDERED** that the Clerk shall docket this action as <u>Jeremy Floyd v. United States of America</u>.

Dated this ___15th___ day of November, 2012.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE